# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 15, 2021

MEMO ENDORSED  1/19/21

*Case Adj. to March 3, 2021 at 3PM — time excluded from today through March 3, in the interest of justice, to facilitate the review of discovery and plea negotiations.*

*[signature]*

VIA ECF
Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. James Johnson, 20 CR 687 (CM)

Dear Judge McMahon:

    With the consent of the government, I write to seek an adjournment of about 30 days of the next pretrial conference, currently scheduled for January 28, 2021. The government has produced a large volume of discovery that I am reviewing. The additional time will allow me to complete my review, discuss the discovery with my client, and engage in plea discussions with the government. In light of the request, Mr. Johnson has no objection to the exclusion of time between now and the adjourned date for Speedy Trial purposes.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

cc:   AUSA Matthew Shahabian (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/21