# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 21, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2021

MEMO ENDORSED

OK
Colleen McMahon
4/21/2021

VIA ECF
Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. James Johnson*, 20 CR 687 (CM)

Dear Judge McMahon:

With the consent of Pretrial Services, I write to seek a modification to the conditions of Mr. Johnson's release. Specifically, we ask that the condition requiring Mr. Johnson to comply with a curfew be terminated. Mr. Johnson is currently working two jobs and, on curfew, Pretrial Services is unable to approve all of fthe hours Mr. Johnson requires to be outside of his home in order to maintain his work schedule. Accordingly, with Pretrial Services' consent, we ask that Mr. Johnson no longer be subject to a curfew. The government defers to Pretrial Services' recommendation on this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

cc:   AUSA Matthew Shahabian (via email and ECF)
      NJ-USPO Hernandez (via email)
      NY-USPO Cosme (via email)