**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

May 18, 2021

$5/18/21$

*VIA ECF*
Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. James Johnson*, 20 CR 687 (CM)

Dear Judge McMahon:

*Case Adjourned to July 7, 2021 At 10:30 — time Excluded through July 7, in the interest of justice, to facilitate plea discussions.*

*Colleen McMahon*

With the consent of the government, I write to seek an adjournment of the next pretrial conference, currently scheduled for May 19, 2021. The purpose of the adjournment is to allow the parties to continue and hopefully complete their plea discussions. I understand that the Court and the parties are available July 7, 2021 at 10:30 a.m. In light of the request, Mr. Johnson has no objection to the exclusion of time between now and July 7, 2021 for Speedy Trial purposes.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

cc:  AUSA Matthew Shahabian (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: $5/18/21$