```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA        :
        - v. -                  :   ORDER
JAMES JOHNSON,                  :
                                :   20 Cr. 687 (CM)
            Defendant.          :
- - - - - - - - - - - - - - - - - -x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/21

    Defendant James Johnson seeks to proceed with a change of plea proceeding via video conference, or, if video conference is not reasonably available, telephone conference instead of a personal appearance in court. In view of the ongoing pandemic, video/telephone conferencing has been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by video or telephone conference with a change of plea advances Mr. Johnson's case and furthers justice without undue delay. See § 15002(b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

During the change of plea proceeding, the magistrate judge should allocute the defendant on his consent to proceed via video conference, or if video conference is not reasonably available, telephone conference, as previously stated by his counsel.

SO ORDERED:

Dated: New York, New York
       August 17, 2021

THE HONORABLE COLLEEN McMAHON
United States District Judge
Southern District of New York

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :
                                   :
         - v. -                    :   APPLICATION
                                   :
JAMES JOHNSON,                     :   20 Cr. 687 (CM)
                                   :
              Defendant.           :
                                   :
- - - - - - - - - - - - - - - - - x
```

MATTHEW R. SHAHABIAN hereby affirms, under penalty of perjury and pursuant to Title 28, United States Code, Section 1746, as follows:

1. I am an Assistant United States Attorney in the office of Audrey Strauss, United States Attorney for the Southern District of New York, and I am familiar with this matter.

2. The defendant has indicated he wishes to plead guilty to the indictment in the above captioned case. Mr. Johnson, defense counsel, and the Government wish to proceed with the change of plea hearing by video conference, or, if video conference is not reasonably available, telephone conference instead of an in-person proceeding in light of the ongoing pandemic.

3. During this pandemic, video and telephone conferencing has been employed by judges in the Southern District of New York on numerous occasions. The parties submit that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by video or

1

telephone conference with a change of plea advances Mr. Johnson's case, allows the Government and defense to achieve finality in the case short of a jury trial, and furthers justice without undue delay. *See* § 15002(b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

Dated:  New York, New York
        August 17, 2021

                                    /s/
                                    _____
                                    MATTHEW R. SHAHABIAN
                                    Assistant United States Attorney
                                    Southern District of New York
                                    (212) 637-1046