# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 30, 2021

**MEMO ENDORSED**

*1/27/22*

*Sentencing Adj to January 27, 2022 at 3:30 P.M.*

/s/ Colleen McMahon

VIA ECF
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. James Johnson*, 20 CR 687 (CM)

Dear Judge McMahon:

With the consent of the government, I write to seek an adjournment of Mr. Johnson's sentencing, currently scheduled December 14, 2021. I ask for an adjourned date in mid-January 2022 so that I have additional time to effectively prepare Mr. Johnson's sentencing submission.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2021

cc:   A.U.S.A. Matthew R. Shahabian (via ECF)