# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 15, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2022

*VIA ECF*
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. James Johnson*, 20 CR 687 (CM)

Dear Judge McMahon:

MEMO ENDORSED

With the consent of Mr. Johnson's Supervising Probation Officer, I write to request that Mr. Johnson, who is subject to house arrest as a condition of his supervised release, be permitted to accompany his wife to Guilford County, North Carolina, where she will appear in court to provide a victim impact statement in a case involving a family member who was murdered. If permitted leave from the house arrest condition, Mr. Johnson would travel to North Carolina by car, leaving on April 2, 2022 and returning no later than April 6, 2022. He will provide a detailed itinerary to his Probation Officer and will stay in contact as directed.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

cc: Probation Officer Larren Riley (via email)